**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JOSEPH CICCONE, individually and on behalf of
all others similarly situated,

                Plaintiff,                **JUDGMENT**
                                                    CV 21-2428 (JS) (JMW)

       -against-

CAVALRY PORTFOLIO SERVICES, LLC, and
CAVALRY SPV I, LLC.,

                Defendants.
----------------------------------------------------------------X
MICHAEL PEARL,

                Plaintiff,                **JUDGMENT**
                                                    CV 21-3764 (JS) (AYS)

       -against-

FINANCIAL RECOVERY SERVICES, INC.,

                Defendant.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on November 29, 2021, finding that the Court lacks jurisdiction over the claims in these cases, dismissing the cases without prejudice, and directing the Clerk of the Court to mark these cases closed, it is

**ORDERED AND ADJUDGED** that Plaintiff Joseph Ciccone take nothing of Defendants Cavalry Portfolio Services, LLC, and Cavalry SPV I, LLC; that Plaintiff Michael Pearl take nothing of Defendant Financial Recovery Services, Inc.; that the Court lacks jurisdiction over these claims; that the cases are dismissed without prejudice; and that the cases are closed.

Dated: November 30, 2021
       Central Islip, New York

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                        By:    /s/ James J. Toritto
                                                              Deputy Clerk